UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                Case No. 25-cr-20919

v.                               Hon. Matthew F. Leitman

DAVID RICHARD GUILDS,

    Defendant.

_____/

## ORDER FINDING DEFENDANT COMPETENT TO STAND TRIAL

For the reasons stated in detail on the record on April 1, 2026, **IT IS HEREBY ORDERED** that Defendant David Richard Guilds is competent to stand trial.

**IT IS SO ORDERED.**

                              s/Matthew F. Leitman
                              MATTHEW F. LEITMAN
                              UNITED STATES DISTRICT JUDGE

Dated:  April 1, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 1, 2026, by electronic means and/or ordinary mail.

                              s/Holly A. Ryan
                              Case Manager
                              (313) 234-5126